**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 0:16-CV-63036-KMW

SECURITIES AND EXCHANGE
COMMISSION,

      Plaintiff,

v.

AJN INVESTMENTS, LLC AND JASON
ADAM OGDEN,

      Defendant,

v.

WELLS FARGO BANK, N.A.,

      Garnishee.

_____/

**ANSWER OF GARNISHEE**
**AND**
**DEMAND FOR GARNISHMENT FEE**

COMES NOW Garnishee, Wells Fargo Bank, N.A., successor in interest to Wachovia Bank, N.A., by and through its undersigned attorneys, and answers the Writ of Garnishment (Document 24) served herein on it and says:

1.      At the time of service of said Writ (plus sufficient time not to exceed one business day for Garnishee to act expeditiously on the Writ), and at the time of this Answer, and in between said times, excluding any "protected amount" as defined in Title 31, Subtitle B, Chapter II, Subchapter A, Part 212, Code of Federal Regulations, **if any**, the **Garnishee was not indebted to Defendant(s)**, "Jason Adam Ogden".

2.      The Garnishee has no other deposit, account or tangible or intangible personal property of Defendant(s) in its possession or control at the time of this Answer, and knows of no other person indebted to the Defendant(s) or who may have any of the effects of the Defendant(s).

104339117

3.     The Garnishee has retained the law firm of Marks Gray, P.A. to represent it in this matter and requests that it be paid its attorney's fees and costs as allowed by Florida Statute Section 77.28.

**DEMAND FOR GARNISHMENT FEE**

The Plaintiff/Plaintiff's Counsel shall pay to the undersigned Law Firm the $100.00 partial attorney's fee for issuance of the garnishment Writ in the above-style cause pursuant to Section 77.28, *Florida Statutes*, as amended effective July 1, 2014.

MARKS GRAY, P.A.

By /s/ *John B. Kent*
   John B. Kent
   Florida Bar No.  042442
   P.O. Box 447
   Jacksonville, FL 32201
   Telephone:  (904) 398-0900
   Facsimile:  (904) 399-8440
   jkent@marksgray.com
   Attorneys for Garnishee

**DESIGNATION OF EMAIL ADDRESSES**

Counsel for Garnishee, pursuant to Rule 2.516 of the Florida Rules of Judicial Administration, hereby designates the following primary and secondary email addresses for service of court documents: Primary email address: jkent@marksgray.com; Secondary email address: tsing@marksgray.com.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY (1) THAT I ELECTRONICALLY FILED THE FOREGOING WITH THE Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the first name on the attached Service List and (2) that a copy hereof has been furnished to the email or mail address(es) listed on the attached Service List by email or mail on November 7, 2017.

104339117

MARKS GRAY, P.A.

By /s/ John B. Kent

John B. Kent
Florida Bar No.  042442
P.O. Box 447
Jacksonville, FL 32201
Telephone:  (904) 398-0900
Facsimile:  (904) 399-8440
jkent@marksgray.com
Attorneys for Garnishee

SERVICE LIST

Nancy E. Tyler
Assistant Chief Litigation Counsel
United States Securities and Exchange Commission
100 F Street, NE
Mail Stop 5631
Washington, DC 20549

Jason A Ogden
10165 Cameilla St
Parkland, FL 33076

104339117

# WELLS FARGO BANK, N.A.

To all Plaintiffs/ Plaintiffs' Attorneys/ Creditors/ Creditors' Attorneys causing the Issuance of a Writ of Garnishment in the State of Florida:

      Re: Payment of the $100 Statutory Deposit
      <u>to Garnishee for its Attorneys Fee</u>

Ladies / Gentlemen:

      We hereby make Demand for, and Direct all Plaintiffs/ Plaintiffs' Attorneys/ Creditors/ Creditors' Attorneys causing the Issuance of a Writ of Garnishment in the State of Florida, to pay directly to our attorneys the $100.00 deposit for the payment or partial payment of Garnishee's attorneys' fees "Upon issuance of any writ of garnishment", which, pursuant to Chapter 77, Florida Statutes, as amended as of July 1, 2014, is due to Wells Fargo Bank, N.A., as Garnishee, based on its demand therefor.

Our attorney's address is:

      John B. Kent, Esquire
      Marks Gray, P.A.
      1200 Riverplace Boulevard, Suite 800
      Jacksonville, Florida   32207

      Taxpayer Identification Number: 59-1514046

We appreciate your cooperation.

                  Sincerely yours,

                  Erica Cook
                  Legal Order Processing Department
                  Wells Fargo Bank, N.A.

<u>Please reference the Wells Fargo Bank File Number</u> shown on the bottom left corner of the Garnishee's Answer on the memo portion of the Check. Thank you!