UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff, Garnishor,

vs.

AJN INVESTMENTS, LLC and JASON
ADAM OGDEN,

    Defendant(s),

and
BANK OF AMERICA, N.A.,

    Garnishee,

_____/

CASE NO.: 0:16-CV-63036-KMW

POST-JUDGMENT CONTINUING
WRIT OF GARNISHMENT
PURSUANT TO 28 U.S.C. § 3205

## ANSWER OF GARNISHEE, BANK OF AMERICA, N.A.

Garnishee, BANK OF AMERICA, N.A., by its undersigned attorney, Answers the Post-Judgment Continuing Writ of Garnishment served on it as follows:

1.    At the time of the service of the Post-Judgment Continuing Writ of Garnishment, plus sufficient time not to exceed one business day for Garnishee to act expeditiously on the

Writ, and at the time of its Answer and at all times between service and its Answer, Garnishee was **not** indebted to the Defendant(s), JASON ADAM OGDEN.

2.  Garnishee's records reflect that Defendant(s) is/are lessee(s) of safe deposit box(es) identified as follows:

| Name(s) on Box(es) | Box(es) No(s) | Box(es) Location |
|---|---|---|
| Jason A. Ogden<br>Monique S. Ogden<br>2893 Executive Park Dr.<br>Suite 202<br>Weston, FL 33331-3667 | xxxx-xxxx-0773 | Weston Commons Banking Center<br>4513 Weston Rd.<br>Weston, FL 33331-3139 |

Garnishee has retained the safe deposit box(es) on its premises and has restricted access into the box(es) <u>pending further Orders of this Court.</u> In the event the court orders an inventory of the safe deposit box(es) and Plaintiff cannot obtain a key from the Defendant(s), there is a drilling fee of $150.00 to open a safe deposit box for an inventory of its contents. However, Garnishee hereby asserts prior claim to the contents of the above safe deposit box to the extent of unpaid rents due in the amount of <u>$85.00.</u>

3.  Garnishee knows of no other person indebted to Defendant(s), or any other person who may have any effects, goods, money or chattels of the said Defendant(s), nor did Garnishee have in its possession or control any other tangible or intangible personal property of the Defendant(s).

4. Garnishee's records indicate the following account(s), which was/were **closed** prior to the service of the Post-Judgment Continuing Writ of Garnishment in this case:

| Account Number(s) | Name(s) on Account | Date Account Closed |
|---|---|---|
| xxxx-xxxx-8100 | Jason A. Ogden<br>221 NE 44th St.<br>Oakland Park, FL 33334-1441 | 03/23/17 |
| xxxx-xxxx-3690 | Jason Adam Ogden<br>Monique Ogden<br>221 NE 44th St.<br>Oakland Park, FL 33334-1441 | 03/23/17 |
| xxxx-xxxx-5080 | Jason A. Ogden<br>Monique Ogden<br>2893 Executive Park Dr., Ste. 202<br>Weston, FL 33331-3667 | 06/10/14 |

WHEREFORE, Garnishee prays that this Court enter its judgment determining proper disposition of any funds and/or safe deposit box(es) held pursuant to the Post-Judgment Continuing Writ of Garnishment, and for any other relief this Court deems just and proper.

## DESIGNATION OF EMAIL ADDRESS

Pursuant to Rule 2.516 of the Florida Rules of Judicial Administration, Counsel for Garnishee hereby designates the following primary email address for service of court documents: Primary email address: e-service@noalawfirm.com.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing was furnished via the Court's Electronic Court Filing System on this __9TH__ day of __NOVEMBER__, 2017 to CLERK, UNITED STATES DISTRICT COURT. Copies were also sent to NANCY E. TYLER, ESQ., ASSISTANT CHIEF LITIGATION COUNSEL, Email: tylern@sec.gov, and via U.S. Mail to the Defendant(s) JASON ADAM OGDEN, 6465 SW 178th Ave., Southwest Ranches, FL 33331-1612, JASON ADAM OGDEN, 221 NE 44th St., Oakland Park, FL 33334-1441, and JASON ADAM OGDEN, 2893 Executive Park Dr., Ste. 202, Weston, FL 33331-3667.

THE NOA LAW FIRM, P.A.
ATTORNEY(S) FOR GARNISHEE
P. O. Box 941958
Miami, Florida 33194
Telephone: (305)559-9620
Facsimile: (305)559-3611

By: _____
[✓] ANA DIAZ NOA, ESQ., FBN 729299
[ ] JOSEPH A. NOA, JR., ESQ., FBN 81984
[ ] MICHAEL A. NOA, ESQ., FBN 93621