UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 0:16-CV-63036-KMW

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff(s),

vs.

AJN INVESTMENTS, LLC and JASON ADAM OGDEN,

    Defendant(s),

and

JPMORGAN CHASE BANK, N.A.,

    Garnishee.

_____/

**ANSWER OF GARNISHEE AND DEMAND
TO PLAINTIFF FOR PAYMENT OF ATTORNEYS' FEES**

Garnishee JPMORGAN CHASE BANK, N.A. ("Garnishee") answers the Writ of Garnishment (the "Writ") served on it in the captioned matter as follows:

1. At the time of service of the Writ (plus sufficient time not to exceed one business day for Garnishee to act expeditiously on the Writ), at the time of this Answer, and at all points between such times, Garnishee had the following accounts:

**Checking Account ending in 2073**

| | |
|---|---|
| **Name:** | Adam Ogden |
| **Address:** | 2893 Executive Park Dr., Ste. 203<br>Weston, FL 33331-3667 |
| **Account Balance:** | $880.49 |
| **Amount Held:** | None[1] |

---
[1] This account is already being held in connection with a previously served writ of garnishment in a case pending in Broward County, Florida.

**Checking Account ending in 2897**

| | |
|---|---|
| **Name:** | Adam Ogden and Richard M. Delisser |
| **Address:** | 2893 Executive Park Dr., Ste. 203<br>Weston, FL 33331-3667 |
| **Account Balance:** | $50.00 |
| **Amount Held:** | None[2] |

**Safe Deposit Box ending in 9555**

| | |
|---|---|
| **Name:** | Adam Ogden |
| **Location:** | Weston Branch<br>1040 Weston Rd., Ste. 100<br>Weston, FL 33326 |
| **Contents:** | Unknown[3] |

2. At the time of this Answer and at the time of the service of the Writ, and at all points between those times, Garnishee has had no other goods, money, chattels, effects, or other tangible or intangible property of Defendant Adam Ogden in its possession or control.

3. Garnishee does not know of any other persons indebted to Defendant Adam Ogden or who may have any of the defendant's property in their possession or control.

4. Garnishee has been obligated to retain counsel in this matter and is required to pay its attorneys a reasonable fee, for which it is entitled to an award or fees as provided by Florida Statutes § 77.28.

---

[2] This account is already being held in connection with a previously served writ of garnishment in a case pending in Broward County, Florida.

[3] This safe deposit box is already being restrained in connection with a previously served writ of garnishment in a case pending in Broward County, Florida.

5.      These responses are based upon a search of data contained in Garnishee's centralized customer identification and account information system. That system may not necessarily capture all relevant information concerning the judgment debtor or accounts.

WHEREFORE, the Garnishee demands payment to "HERRON ORTIZ, P.A." in the amount of $100.00 pursuant to Florida Statutes § 77.28 forthwith for partial payment of its attorney fee. Payment shall be sent to 255 Alhambra Circle, Suite 1060, Coral Gables, Florida 33134, and should include the title of the action and its corresponding case number. Garnishee further prays for the entry of an Order dissolving the Writ herein, and for such other and further relief as this Court deems just and proper.

## DESIGNATION OF EMAIL ADDRESSES

Counsel for Garnishee, pursuant to Rule 2.516 of the Florida Rules of Judicial Administration, hereby designates the following primary email address for service of court documents: GService@herronortiz.com.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via CM/ECF on the date stamped on the first page of this notice, upon any counsel of record entitled to receive electronic service in this case.

Respectfully submitted,

Herron Ortiz
Attorneys for JPMorgan Chase Bank, N.A.
255 Alhambra Circle, Suite 1060
Coral Gables, Florida 33134
Tel.: (305) 779-8100
Fax: (305) 779-8104

By: /s/Andrew R. Herron
Andrew R. Herron
Florida Bar No. 861560
GService@herronortiz.com